FILED
DEC 14 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

GMM

Dec 14, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN SNYDER a/k/a "Drills" and "BJ,"<br>and JUSTIN CAIN a/k/a "Jusblo," | Violations: Title 18, United States Code, Section 1951(a)(1) |

The SPECIAL JANUARY 2023 GRAND JURY charges:

1. Beginning on or about February 5, 2023, and continuing until on or about December 6, 2023, in the Northern District of Illinois, Eastern Division,

BRIAN SNYDER a/k/a "Drills" and "BJ,"
and JUSTIN CAIN a/k/a "Jusblo,"

defendants herein, and others known and unknown to the grand jury, did conspire to obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by robbery, as "robbery" and "commerce" are defined in Title 18, United States Code, Section 1951(b), that is, to unlawfully take and obtain property from the person and in the presence of employees of armored truck companies against those employees' will, by means of actual and threatened force, violence, and fear of injury to those employees, in violation of Title 18, United States Code, Section 1951(a).

2. It was part of the conspiracy that defendants CAIN, SNYDER, and other co-conspirators agreed to rob certain ATMs, at the times that they were being serviced, and armored trucks in various locations in the Chicago suburbs in the Northern District of Illinois.

3. It was further part of the conspiracy that defendants CAIN, SNYDER, and other co-conspirators used stolen vehicles to travel to and from the location of the robberies.

4. It was further part of the conspiracy that defendants CAIN, SNYDER, and other co-conspirators, following the robberies, abandoned the stolen cars.

5. It was further part of the conspiracy that defendants CAIN, SNYDER, and other co-conspirators concealed their identities during the robberies by wearing hoods, masks, gloves, and other items.

6. It was further part of the conspiracy that defendants CAIN, SNYDER, and other co-conspirators took United States currency and firearms from the employees of the armored truck companies and the ATM servicers, by force and threat of force, violence, and fear of injury to those employees, including by brandishing, using, and discharging firearms.

7. It was further part of the conspiracy that:

    a. On or about February 5, 2023, in the area of 4211 167th Street, Country Club Hills, Illinois, SNYDER and others robbed an employee of Company A, an armored truck company.

    b. On or about August 16, 2023, in the area of 16767 Torrence Avenue, Lansing, Illinois, SNYDER, CAIN, and others robbed an employee of Company B, an armored truck company.

    c. On or about August 23, 2023, in the area of 11960 Western Avenue, Blue Island, Illinois SNYDER, CAIN, and others robbed an employee servicing an ATM at a U.S. Bank.

    d. On or about September 5, 2023, in the area of 17600 Halsted Street, Homewood, Illinois, CAIN and others robbed an employee of Company A, an armored truck company.

    e. On or about September 19, 2023, in the area of 1333 Western Avenue, Chicago Heights, Illinois, SNYDER, CAIN and others robbed employees of Company C, an armored truck company.

    f. On or about October 2, 2023, in the area of 4005 W 167th Street, Country Club Hills, Illinois, SNYDER and others attempted to rob employees of Company C, an armored truck company.

    g. On or about November 17, 2023, in the area of 11920 S Western Avenue, Blue Island, Illinois, SNYDER and others robbed an employee of Company C, an armored truck company;

  In violation of Title 18, United States Code, Section 1951(a).

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2023 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 1951(a), as set forth in this Indictment, defendants shall forfeit to the United States of America:

   a. any firearm and ammunition involved in and used in any offense of conviction, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and found in the possession or under the immediate control of the defendant at the time of arrest, upon conviction of any offense for committing and attempting to commit any felony involving the use of threats, force, and violence, and perpetrated in whole or in part by the use of firearms, as provided in 18 U.S.C. § 3665; and

   b. Upon conviction of an offense in violation of Title 18, United States Code, Section 1951(a), as set forth in this Indictment, defendants shall forfeit to the United States of America any property which constitutes and is derived from proceeds traceable to the offense, as provided in Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to:

   a. a personal money judgment in the amount of approximately $743,829.25.

   b. a black Glock 17 Gen 5 bearing serial number BVGE344.

4

3. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code Section 853(p).

                    A TRUE BILL:

                    _____
                    FOREPERSON

_____
ACTING UNITED STATES ATTORNEY